FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2017 JUL -6 PM 3:54

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

JUANITA ANDERSON,
an individual

Case No.: 6:17-cv-1254-ORL-41-GJK

Plaintiff,

vs.

VICTORY II LLC, a foreign
corporation, d/b/a VICTORY CASINO CRUISES,

Defendant.

_____

**COMPLAINT**
**Request for Jury Trial**

Plaintiff, JUANITA ANDERSON, an individual, sues the Defendant, VICTORY II LLC, a foreign corporation, d/b/a VICTORY CASINO CRUSIES, (hereinafter "Victory" or "Victory Casino Cruises") and alleges:

1. The Court has jurisdiction pursuant to 28 USC § 1333.

2. At all material times, the Plaintiff, Juanita Anderson, was and still is a resident of Duval County, Florida, who booked passage as a passenger aboard the Defendant, Victory's vessel *M/V Victory II* sail date of July 10, 2016.

3. At all material times, Defendant, Victory Casino Cruises, was and still is a Delaware Corporation which owns and operates the vessel, *M/V Victory II,* sailing out of Jacksonville, Florida.

4. The passenger ticket issued by the Defendant includes a forum selection clause which provides for venue in the Middle District of Florida.

5. At all material times the Defendant, Victory, owed a duty to Plaintiff to use reasonable care to make the vessel and all of its decks, gangways, passageways and passenger areas safe for the use of its passengers. For common carriers of passengers for hire reasonable care includes the exercise of extraordinary vigilance and the highest skill to secure the safe conveyance of the passengers. That duty included the duty to properly maintain all parts of the vessel including its gangway and flooring used by passengers in those areas. In the alternative the Defendant owed the Plaintiff, as a passenger, the highest duty of care.

6. On or about July 10, 2016, the Plaintiff, Juanita Anderson boarded the *M/V Victory II* as a passenger for a 5 hour cruise-to-nowhere. On July 10, 2016, while the Plaintiff was walking on the gangway onto the *M/V Victory II*, she tripped on and fell onto the deck. As a result of the fall, she suffered serious personal injuries.

7. Defendant, Victory Casino Cruises breached its duty of reasonable care and/or highest care owed to the Plaintiff when it failed to properly maintain and make the vessel and all of its gangways, passageways and passenger areas safe for the use of its passengers.

8. As a direct, efficient and proximate cause of the Defendant's negligence and/or lack of reasonable care, and/or lack of highest degree of care. Plaintiff was injured and sustained serious personal injuries which required medical care and which will in the future require care.

9. Plaintiff sustained and will continue to sustain pain and suffering in the past and future, loss of enjoyment, mental anguish, permanent injury, medical bills and other damages for which the Defendant is liable.

WHEREFORE, Plaintiff, Juanita Anderson, requests that this Honorable Court enter judgment against the Defendant, Victory for the full amount of the Plaintiff's damages plus prejudgment interest and costs.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury of all issues so triable.

DATED this 5th day of July, 2016.

Respectfully submitted,
WOODLIEF & RUSH

Mitchel E. Woodlief, Esq.
Florida Bar No.: 367036
225 E. Church Street
Jacksonville, FL 32202
(904) 353- 7511 Office
(904) 354-1319 Facsimile
Counsel for Plaintiff